UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GARY RUSSELL HILL,<br><br>　　　　　Defendant. | Case No. CR-17-259-E-BLW<br><br>**FINAL ORDER OF FORFEITURE** |

WHEREAS, on June 13, 2018, this Court entered a Preliminary Order of Forfeiture (ECF No. 21), pursuant to the provisions of 18 U.S.C. § 924(d) (made applicable pursuant to 28 U.S.C. § 2461(c)), and based upon the Rule 11 Plea Agreement of GARY RUSSELL HILL (ECF No. 16), filed in the above case on April 5, 2018;

WHEREAS, the United States caused notice of the above-referenced forfeiture order to be published and sent in accordance with the requirements of Federal Rule of Criminal Procedure 32.2(b)(6), including publication on an official government internet site (www.forfeiture.gov) as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, as required by Rule 32.2(b)(6)(C);

FINAL ORDER OF FORFEITURE - 1

AND WHEREAS, no claims were filed.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that the Motion for Final Order of Forfeiture (ECF No. 29) is GRANTED. The Court further directs the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and/or its agents to forthwith seize all of the forfeited properties, not heretofore seized, which are described below.

IT IS FURTHER **ORDERED, ADJUDGED AND DECREED**:

That the right, title and interest to the hereinafter described property is hereby condemned, forfeited and vested in the United States of America and that no claim of interest in said property shall exist in any other person or entity, and that said property shall be disposed of according to law:

**<u>Firearms and Ammunition associated therewith</u>:**

1. Taurus .40 caliber subcompact pistol, bearing serial number SHW20731

**IT IS FURTHER ORDERED** that all parties herein shall bear their own costs and fees.

DATED: September 6, 2018

_____
B. Lynn Winmill
Chief Judge
United States District Court